IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

        Plaintiff,                      No. CIV S-08-0615 JAM EFB P

    vs.

T. FELKER, et al.

        Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 16, 2008, plaintiff belatedly filed the documents required for the U.S. Marshal to effect service of process and requested an extension of time within which to comply. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, plaintiff's July 16, 2008, request is granted and the documents are deemed timely filed. By separate order, the court directs the U.S. Marshal to serve process on defendant Smith.

      So ordered.

Dated: July 23, 2008.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE