IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

       Plaintiff,                        No. CIV S-08-0615 JAM EFB P

   vs.

T. FELKER, et al.,
       Defendants.              FINDINGS AND RECOMMENDATIONS

                                /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 23, 2008, the court screened plaintiff's complaint, found that it did not state cognizable claims against defendants Felker, Casey, Hooks or Rippetoe, and admonished plaintiff that he could either proceed with his action solely against defendant Smith or file an amended complaint in an attempt to state a claim also against defendants Felker, Casey, Hooks and Rippetoe. On July 16, 2008, plaintiff submitted the documents necessary for service against defendant Smith.

      The court construes plaintiff's election to proceed solely against defendant Smith as consent to dismissal of all claims against defendants Felker, Casey, Hooks and Rippetoe.

////

////

1

For the foregoing reasons, IT IS HEREBY RECOMMENDED that defendants Felker, Casey, Hooks and Rippetoe be dismissed from this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE