IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMOS RYLES,** | CASE NO.: 2:08-cv-00615-JAM-EFB |
| Plaintiff, | **ORDER GRANTING DEFENDANT EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **T. FELKER, et al.,** | |
| Defendants. | |

On September 22, 2008, Defendant filed a request for extension of time to file his responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendant further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendant is granted an extension of time, up to and including October 23, 2008, in which to file his responsive pleading.

Dated: October 16, 2008.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE