IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMOS RYLES,

    Plaintiff,                    No. 2:08-cv-0615 JAM KJN P

    vs.

T. FELKER, et al.,

    Defendants.            ORDER

_____/

        On June 7, 2010, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  On June 25, 2010, plaintiff was granted an extension of time until August 2, 2010 in which to file an opposition.  Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On July 23, 2008, plaintiff was advised of the requirements for filing an opposition to a motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the order filed July 23, 2008, plaintiff was also advised that

1

1 failure to comply with the Local Rules may result in a recommendation that the action be
2 dismissed.
3       Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
4 date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.
5 Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a
6 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
7 DATED: August 23, 2010

10                             KENDALL J. NEWMAN
11                             UNITED STATES MAGISTRATE JUDGE
12 ryle0615.46o